# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH  DIVISION

| | | |
|---|---|---|
| GRAYBAR ELECTRIC COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  CV412-042 |
| | ) | |
| WALBRIDGE ALDINGER COMPANY; | ) | |
| TRAVELERS CASUALTY and SURETY | ) | |
| COMPANY; and LIBERTY MUTUAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING  ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and after considering the parties' Rule 26(f) report, the Court imposes the following deadlines in the above styled case:

| | |
|---|---|
| DATE ISSUE JOINED | 03/02/2012 |
| DATE OF RULE 26(f) CONFERENCE | 03/30/2012 |
| LAST DAY FOR FILING MOTIONS TO AMEND or ADD PARTIES [60 days after issue joined] | 05/01/2012 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by PLAINTIFF | 06/22/2012 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by DEFENDANT | 07/20/2012 |
| JOINT STATUS REPORT DUE | 06/30/2012 |
| CLOSE OF DISCOVERY | 11/02/2012 |

LAST DAY FOR FILING CIVIL MOTIONS,
**INCLUDING *DAUBERT* MOTIONS but**
**EXCLUDING MOTIONS IN LIMINE**
[30 DAYS AFTER CLOSE OF DISCOVERY]                    12/02/2012

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**At the request of the parties, the Court has imposed liberal scheduling deadlines in this case.  The parties are expected to treat these deadlines seriously, for requests for extensions will be viewed with disfavor and will not be granted absent the most compelling of reasons.  Extensions will not be allowed absent a showing that the deadline could not have been met even with due diligence. Witness unavailability at the very end of the discovery period will likely not meet this standard.**

**SO ORDERED this  4th  day of April, 2012.**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2